IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TERESA KYLE                                                                                           PLAINTIFF

V.                                                                          CIVIL ACTION NO.: 1:20-CV-68-SA-DAS

THE HAMILTON-RYKER GROUP, INC.,
and CATERPILLAR, INC.                                                                           DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on April 13, 2020. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 15th day of April, 2020.

                                                                 /s/ Sharion Aycock
                                                                 UNITED STATES DISTRICT JUDGE